

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00570-CR

Shawn L. **SANDERS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On August 6, 2014, appellant filed what appears to be a notice of appeal in which he complains of a grand jury indictment. Subsequently, the trial court clerk filed a notice that no judgment exists in the complained-of cause number. Thus, it appears from the documents before the Court that the case has not yet proceeded to trial and judgment.

As a general rule, an appellate court has jurisdiction to consider an appeal by a criminal defendant only after a final judgment of conviction. *Workman v. State,* 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *Wright v. State,* 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown v. State,* 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Accordingly, appellant is ORDERED to show cause in writing why this appeal should not be dismissed for lack of jurisdiction within thirty days from the date of this order.

All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court